FILED

NOT FOR PUBLICATION

OCT 26 2011

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ANTHONY CARMINE REZEK,

Defendant - Appellant.

No. 10-10207

D.C. No. 2:09-cr-00935-FJM

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Arizona
Frederick J. Martone, District Judge, Presiding

Submitted October 25, 2011[**]

Before:    TROTT, GOULD, and RAWLINSON, Circuit Judges.

Anthony Carmine Rezek appeals from his guilty-plea conviction and

84-month sentence for being a felon in possession of firearms, in violation of 18

U.S.C. §§ 922(g)(1) and 924(a)(2).  Pursuant to *Anders v. California*, 386 U.S. 738

(1967), Rezek's counsel has filed a brief stating there are no grounds for relief,

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

along with a motion to withdraw as counsel of record.  We have provided the appellant the opportunity to file a pro se supplemental brief.  The appellant has filed a pro se supplemental brief, and no answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.